JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:  (415) 348-6000
Facsimile:  (415) 348-6001
Email:      jkirsch@gibsonrobb.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation; <br><br> Plaintiff, <br><br> v. <br><br> PATSON LOGISTICS LIMITED, a foreign corporation; COSCO SHIPPING LINES CO., LTD, a foreign corporation; COSCO SHIPPING LINES (NORTH AMERICA) INC., a foreign corporation; MEDITERRANEAN SHIPPING COMPANY S.A., a foreign corporation; MEDITERRANEAN SHIPPING COMPANY (USA) INC., a foreign corporation; and DOES ONE through TEN; <br><br> Defendants. | Case No. 2:21-cv-09581 <br><br> **COMPLAINT FOR DAMAGE TO CARGO** <br><br> [AMOUNT DEMANDED DOES NOT EXCEED $25,000] <br><br> ($20,502.82) |

/ / /

/ / /

Plaintiff's complaint follows:

1. Plaintiff GREAT AMERICAN INSURANCE COMPANY OF NEW YORK ("GAICNY"), is now, and at all times material was, a corporation, duly organized and existing by virtue of law, and Plaintiff GAICNY was the insurer of the hereinafter described cargo.

2. Plaintiff is informed and believes, and on the basis of that information and belief alleges that, PATSON LOGISTICS LIMITED, a foreign corporation; COSCO SHIPPING LINES CO., LTD, a foreign corporation; COSCO SHIPPING LINES (NORTH AMERICA) INC., a foreign corporation; MEDITERRANEAN SHIPPING COMPANY S.A., a foreign corporation; MEDITERRANEAN SHIPPING COMPANY (USA) INC., a foreign corporation; and DOES ONE through TEN (hereafter "Defendants"), are now and at all times herein material were engaged in business as common carriers for hire within the United States and within this judicial district.

3. Plaintiff's complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701 Note, and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more fully appears herein.  Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333.  Venue is proper under 28 U.S.C. § 1391(b).

4. This is a cause of action for damage to ocean cargo, and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, as hereinafter more fully appears.

5. Plaintiff is informed and believes, and on the basis of such information and belief alleges that, on or about October 19, 2020, at Wuhan, China, Defendants PATSON LOGISTICS LIMITED; COSCO SHIPPING LINES CO., LTD; COSCO SHIPPING LINES (NORTH AMERICA) INC; DOES ONE through FIVE (hereafter "PATSON/COSCO"), and each of them, received a shipment of garments

for carriage under bills of lading number SZ20101135, COSU6278608830, and others, issued by and/or on behalf of said defendants.  PATSON/COSCO, and each of them, agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from Wuhan, China to San Juan, Puerto Rico, and there deliver said cargo to the lawful holder of the aforementioned bills of lading, and others, in the same good order, condition, and quantity as when received.

6. Thereafter, in breach of and in violation of said agreements, PATSON/COSCO, and each of them did not deliver said cargo in the same good order, condition, and quantity as when received at China.  To the contrary, the cargo was badly damaged while in the care, custody, and control of PATSON/COSCO. As a result, the value of the cargo was depreciated in the amount of $5,390.64. Plaintiff suffered an additional loss of $1,265.00, representing the cost to survey the damaged cargo. Plaintiff has therefore been damaged by PATSON/COSCO in the sum of $6,655.64, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

7. Plaintiff is further informed and believes, and on the basis of such information and belief alleges that, on or about October 26, 2020, at Tianjin, China, Defendants PATSON LOGISTICS LIMITED; MEDITERRANEAN SHIPPING COMPANY S.A.; MEDITERRANEAN SHIPPING COMPANY (USA) INC.; DOES SIX through TEN (hereafter "PATSON/MSC"), and each of them, received a shipment of garments for carriage under bills of lading number SZ20101216, MEDUT7379901, and others, issued by and/or on behalf of said defendants. PATSON/MSC, and each of them, agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from Tianjin, China to San Juan, Puerto Rico, and there deliver said cargo to the lawful holder of the aforementioned bills of lading, and others, in the same good order, condition, and quantity as when received.

/ / /

1    8.  Thereafter, in breach of and in violation of said agreements, PATSON/MSC, and each of them did not deliver said cargo in the same good order, condition, and quantity as when received at China. To the contrary, the cargo was badly damaged while in the care, custody, and control of PATSON/MSC. As a result, the value of the cargo was depreciated in the amount of $12,582.18. Plaintiff suffered an additional loss of $1,265.00, representing the cost to survey the damaged cargo. Plaintiff has therefore been damaged by PATSON/MSC in the sum of $13,847.18, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

9.  Prior to the shipments of the herein described cargo and prior to any loss thereto, Plaintiff GAICNY issued its policy of insurance whereby Plaintiff GAICNY agreed to indemnify the owner of the cargo and its assigns, against loss of or damage to said cargo while in transit, including mitigation expenses, and Plaintiff GAICNY has therefore become obligated to pay, and has paid to the persons entitled to payment under said policy the combined sum of $20,502.82, on account of the herein described losses.

10. Plaintiff has therefore been damaged in the sum of $20,502.82, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

WHEREFORE, Plaintiff prays that this Court enter judgment in its favor and against Defendants, and each of them; that this Court decree payment by Defendants COSCO SHIPPING LINES CO., LTD; COSCO SHIPPING LINES (NORTH AMERICA) INC; DOES ONE through FIVE, and each of them, to plaintiff in the sum of $6,655.64; by Defendants MEDITERRANEAN SHIPPING COMPANY S.A.; MEDITERRANEAN SHIPPING COMPANY (USA) INC.; DOES SIX through TEN, and each of them, to plaintiff in the sum of $13,847.18; and by Defendant PATSON LOGISTICS LIMITED to plaintiff in the combined sum of $20,502.82, together with prejudgment interest thereon and costs of suit herein; and

that Plaintiff have such other and further relief as in law and justice it may be entitled to receive.

Dated: December 10, 2021

Respectfully submitted,

GIBSON ROBB & LINDH LLP

/s/ JOSHUA E. KIRSCH
Joshua E. Kirsch
jkirsch@gibsonrobb.com
Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK