UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV21-9581-CAS(PDx) | Date | March 10, 2022 |
|---|---|---|---|
| Title | *GREAT AMERICAN INSURANCE COMPANY OF NEW YORK v. PATSON LOGISTICS LIMITED; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (Filed 03/10/2022)[24]

The Court is in receipt of plaintiff's Response To Order to Show Cause[24] filed on March 10, 2022. The Court grants plaintiff's request to continue the Order to Show Cause by approximately 30 days.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 11, 2022**, why this action should not be dismissed for lack of prosecution **as to defendant PATSON LOGISTICS LIMITED, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendant PATSON LOGISTICS** LIMITED, on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |